# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LUIS A. DEL MAZO, JR., TRUSTEE, ) <br> RICHMOND COMMUNITY TRUST, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COUNTRYWIDE HOME LOANS, INC., ) <br> ET AL. ) <br> ) <br>     Defendants. ) | Case No. 3:16-cv-00032 <br> Judge Sharp/Knowles |

## REPORT AND RECOMMENDATION

This matter is before the Court upon a "Motion to Dismiss" filed by Defendants Countrywide Home Loans, Inc., and The Bank of New York Mellon. Docket No. 17. The Motion is based on an argument that, "Plaintiff does not have standing to file this Complaint because he is purporting to file this action on behalf of a trust, but he is not a licensed attorney." Docket No. 17-1, p. 1. Approximately one month after the instant Motion was filed, Mark T. Freeman, Esq., entered an appearance on behalf of "Plaintiff." Docket No. 21.

In view of the foregoing, the instant "Motion to Dismiss" (Docket No. 17) should be DENIED.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this

Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge