UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LUIS A. DEL MAZO, JR., TRUSTEE, ) <br> RICHMOND COMMUNITY TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COUNTRYWIDE HOME LOANS, INC., ) <br> *ET AL.* ) <br> ) <br> **Defendants.** ) | No. 3:16-00032 <br> Judge Sharp |

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Docket No. 22) recommending that Defendants' Motion to Dismiss (Docket No. 17) be denied. No objections have been filed.

Having undertaken *de novo* review as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition because counsel has appeared on behalf of Plaintiff, thereby eliminating Defendants' argument that a trust must be represented by a licensed attorney.

Accordingly, the Report and Recommendation (Docket NO. 22) is hereby ACCEPTED and APPROVED and Defendants' Motion to Dismiss (Docket No. 17) is hereby DENIED.

It is SO ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE